DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC MOCARSKI,**
Appellant,

v.

**GENESISCARE USA, INC., f/k/a 21st CENTURY ONCOLOGY, INC.,**
Appellee.

No. 4D22-2601

[January 5, 2023]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE22-003949.

William R. Amlong and Jennifer Daley of The Amlong Firm, Fort Lauderdale, for appellant.

Rodolfo Gomez of Fordharrison, LLP, Miami, and Tracey K. Jaensch of Fordharrison, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***